GLENN E. LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 01:05-cr-00297-OWW |
|---|---|
| Plaintiff, | ) (was 01:05-mj-00205-SMS) |
| vs. | ) SUBSTITUTION OF ATTORNEYS; AND ORDER |
| DANIEL RIVAS MARTINEZ | ) THEREON |
| Defendant, | ) |

I, DANIEL RIVAS MARTINEZ, defendant in the above captioned matter, hereby substitute Attorney Glenn E. Lostracco, 2300 Tulare St., #240, Fresno, California 93721; Tel # 559.497.5297 Fax # 559.497.0203, in place and stead of Ann Hardgrove Voris, Federal Defender.

Dated: 08-31        , 2005
/S/ DANIEL RIVAS_____
DANIEL RIVAS MARTINEZ, Defendant

I consent to the above substitution.

Dated: 09-01        , 2005
/S/ ANN VORIS_____
Ann Hardgrove Voris, Federal Defender.

SUB-ATTORNEY - 1

PDF created with pdfFactory trial version www.pdffactory.com

I consent to the above substitution.

Dated: 08-31_____, 2005

                              /S/ GLENN E. LOSTRACCO_____
                              GLENN E. LOSTRACCO, Attorney at Law

**ORDER**

The Substitution of Attorneys is HEREBY GRANTED.

Dated:  9/6/2005

                               /s/ Sandra M. Snyder_____
                              Honorable Judge SANDRA M. SNYDER
                              United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com