McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.F. 05-0297 OWW |
| ) | |
| Plaintiff, ) | ORDER REGARDING PARTIES' |
| ) | STIPULATION AND REQUEST FOR |
| ) | CONTINUANCE OF STATUS CONFERENCE |
| v. ) | |
| ) | |
| DANIEL RIVAS MARTINEZ, ) | |
| aka Cristobal Perez, ) | |
| aka Daniel Rivas, ) | DATE: December 5, 2005 |
| ) | TIME: 1:30 p.m. |
| Defendant. ) | PLACE: COURTROOM TWO |
| ) | HON. OLIVER W. WANGER |
| _____ ) | |

On October 9, 2005, the parties lodged a stipulation to continue the status conference currently scheduled for November 14, 2005 at 1:30 p.m. to December 5, 2005 at 1:30 p.m. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the status conference until December 5, 2005 at 1:30 p.m. is granted. Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation and plea negotiations, pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: _November 9_____, 2005      /s/ OLIVER W. WANGER_____
                                    HONORABLE OLIVER W. WANGER

1