| | |
|---|---|
| 1 | TOMAS NUNEZ #072124<br>Attorney at Law |
| 2 | 4478 W. Spaatz Ave.<br>Fresno, CA. 93722 |
| 3 | Tel. (559) 432-7021<br>Fax (559) 437-3927 |
| 4 | |
| 5 | Attorney for Defendant |

LODGED
NOV 1 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2005 NOV 28 A 8:06
CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT COURT OF CALIFORNIA
### FRESNO DIVISION

PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff,

vs.

DANIEL MARTINEZ RIVAS

Defendant.
_____/

Case No. 05CR297 OWW

**SUBSTITUTION OF ATTORNEY**

Defendant herein, DANIEL MARTINEZ RIVAS does hereby substitute attorney TOMAS NUNEZ, in the place and stead of attorney GLENN LOSTRACCO.

I have received and do hereby agree to the within substitution:

Dated: 11-14-05

Defendant, DANIEL MARTINEZ RIVAS

I agree to the within substitution:

Dated: 11-15-05

Former Attorney, GLENN LOSTRACCO

I agree to the above substitution:

Dated: 11-14-05

New Attorney, TOMAS NUNEZ

It is so Ordered. Dated: 11-22-05

United States District Judge