McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 05-0297 OWW |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | PARTIES' STIPULATION AND |
| v. | ) | REQUEST FOR CONTINUANCE OF STATUS |
| | ) | CONFERENCE |
| DANIEL RIVAS MARTINEZ, | ) | |
| aka Cristobal Perez, | ) | |
| aka Daniel Rivas, | ) | DATE: February 27, 2006 |
| | ) | TIME: 1:30 p.m. |
| Defendant. | ) | PLACE: COURTROOM TWO |
| | ) | HON. OLIVER W. WANGER |
| _____ | ) | |

On January 18, 2006, the parties lodged a stipulation to continue the status conference currently scheduled for January 24, 2006 at 1:30 p.m. to February 27, 2006 at 1:30 p.m. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the status conference until February 27, 2006 at 1:30 p.m. is granted. Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation and plea negotiations, pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: ____Jan. 20,_____, 2006        /s/ OLIVER W. WANGER_____
                                       HONORABLE OLIVER W. WANGER